**A. B. ALLEN, Collector, etc., Appellant, v. J. L. Ervine BRANDEIS.**

No. 9569.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1932.

Charles E. Sandall, U. S. Atty., of Omaha, Neb., for appellant.

Kennedy, Holland & De Lacy, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal [60 F.(2d) 1004] docketed and dismissed on motion of appellant and consent of appellee, under Rule 16 of this court.

---

**Vincent AMATO v. UNITED STATES.**

No. 6159.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

Nicola & Horn, of Cleveland, Ohio, for appellant.

W. J. Mahon, U. S. Atty., and John B. Osmun, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellant.

---

**Milt M. ANDERSON, Appellant, v. UNITED STATES of America, Appellee.**

No. 6394.

Circuit Court of Appeals, Fifth Circuit.

Oct. 7, 1932.

Joseph G. Collins, of Gainesville, Ga., and W. R. Tucker, of Dawsonville, Ga., for appellant.

J. M. Johnson and Hal Lindsay, Asst. U. S. Attys., both of Atlanta, Ga.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

**AUTO RESEARCH CORP. and Bijur Lubricating Corp., Appellants, v. ALEMITE CORP., Appellee.**

No. 4981.

Circuit Court of Appeals, Third Circuit.

Dec. 9, 1932.

Thomas M. Keith, of Wilmington, Del. (Melville Church and C. B. Des Jardins, both of Washington, D. C., and Morris Hirsch, of New York City, of counsel), for appellants.

William G. Mahaffy, of Wilmington, Del. (Lynn A. Williams and Elwood Hansmann, both of Chicago, Ill., and Williams, Bradbury, McCaleb & Hinkle, of Chicago, Ill., of counsel), for appellee.

Before BUFFINGTON and DAVIS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that the order of the said District Court in this cause, filed August 2, 1932, denying plaintiffs' motion for a preliminary injunction, be, and the same is hereby, affirmed, with costs. Mandate to issue forthwith.